# UNITED STATES DISTRICT COURT
## District of Kansas

**FILED**
U.S. District Court
District of Kansas

AUG 05 2014

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES OF AMERICA,

      **Plaintiff,**

      **v.**

      CASE NO. **14-M-6216-01-** *KGG*

**RYAN CARL LOWMASTER,**

      **Defendant.**

# COMPLAINT

## THE UNITED STATES CHARGES:

### COUNT ONE

**18 U.S.C. § 922(g)(1) and 924(a)(2)**
**(Felon in Possession of a Firearm)**

On or about November 13, 2012, in the District of Kansas, the defendant,

### RYAN CARL LOWMASTER,

having been convicted of a crime punishable by imprisonment for a term exceeding one

year, including Sedgwick County Case No. O5-CR-3090 (Aggravated Burglary,

Robbery, and Burglary to a Dwelling), did knowingly possess, in and affecting

commerce, a firearm, which had been shipped and transported in interstate commerce, to

wit:

Ruger Model 77 .220 Swift, unknown serial number;
Ruger Model 77 .22-250, SN 710-92865;
Browning 10 gauge shotgun, SN 43750NN121;
Kimber Model 82 .22 caliber, SN 510;
Kimber Model 82 .22 caliber, SN 462, with scope;
Winchester Model 70 .243 caliber rifle, SN G1229113;
Winchester Model 70 30.06 caliber rifle, SN G1774205;
Remington Model 721 30.06 caliber rifle, SN 413281;
Remington Model 700 .222 caliber rifle, SN 107869;
Winchester Model 62A .22 caliber rifle, SN 279137;
Winchester Model 72 .22 caliber rifle, unknown serial number;
Winchester Model 69A .22 caliber rifle, unknown serial number;
Remington Model 12 .22 caliber, SN263654;
Savage Model 6A .22 caliber rifle, no serial number available;
JC Higgins Model 50 270 caliber rifle, unknown serial number;
JC Higgins Model 50 30.06 caliber rifle, SN 12502;
JC Higgins Model 51 30.06 caliber rifle, unknown serial number;
JC Higgins Model 50 .270 caliber rifle, SN 37100;
JC Higgins Model 50 30.06 caliber rifle, no serial number available;
Mauser Model 98 8mm rifle, SN 2088
Springfield 1903 30.06 caliber rifle, SN 1277104;
Springfield Mauser Model 1903 30.06 caliber rifle, SN 465073419, with scope;
Mauser .308 rifle, SN A5005;
Mauser Model 1907 30.06 caliber rifle, SN A1643;
Remington Rolling Block Rifle 43 Spanish caliber (initials of victim carved into stock);
Winchester Model 62 22 caliber rifle, SN 65357A;
Marlin Model 39A 22 caliber rifle, SN 23254200;
Remington Model 722 222 caliber rifle, SN 426483, with scope;
unknown make/model 410 gauge shotgun, SN 41195;
Remington rifle, unknown model or caliber, SN 3289323;
Springfield Arms 30.06 rifle, SN 1356208; and
Remington Model 722 unknown caliber rifle, SN 22388, with scope;

in violation of Title 18, United States Code, § § 922(g)(1) and 924(a)(2).

## COUNT TWO

### 18 U.S.C. § 922(g)(1) and 924(a)(2)
### (Felon in Possession of a Firearm)

On or about November 20, 2012, in the District of Kansas, the defendant,

### RYAN CARL LOWMASTER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, including Sedgwick County Case No. O5-CR-3090 (Aggravated Burglary, Robbery, and Burglary to a Dwelling), did knowingly possess, in and affecting commerce, a firearm, which had been shipped and transported in interstate commerce, to wit:

> Beretta Model U22 NEOS-22 .22 caliber handgun, SN P54073;
> Smith & Wesson Model 15 .38 caliber handgun, SN 34K0304;
> Ammunition;

in violation of Title 18, United States Code, § § 922(g)(1) and 924(a)(2).

### FORFEITURE

As a result of committing the offenses alleged in Count 1 and 2 of this Indictment, the defendant,

### RYAN CARL LOWMASTER,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following:

> Ruger Model 77 .220 Swift, unknown serial number;
> Ruger Model 77 .22-250, SN 710-92865;

Browning 10 gauge shotgun, SN 43750NN121;
Kimber Model 82 .22 caliber, SN 510;
Kimber Model 82 .22 caliber, SN 462, with scope;
Winchester Model 70 .243 caliber rifle, SN G1229113;
Winchester Model 70 30.06 caliber rifle, SN G1774205;
Remington Model 721 30.06 caliber rifle, SN 413281;
Remington Model 700 .222 caliber rifle, SN 107869;
Winchester Model 62A .22 caliber rifle, SN 279137;
Winchester Model 72 .22 caliber rifle, unknown serial number;
Winchester Model 69A .22 caliber rifle, unknown serial number;
Remington Model 12 .22 caliber, SN263654;
Savage Model 6A .22 caliber rifle, no serial number available;
JC Higgins Model 50 270 caliber rifle, unknown serial number;
JC Higgins Model 50 30.06 caliber rifle, SN 12502;
JC Higgins Model 51 30.06 caliber rifle, unknown serial number;
JC Higgins Model 50 .270 caliber rifle, SN 37100;
JC Higgins Model 50 30.06 caliber rifle, no serial number available;
Mauser Model 98 8mm rifle, SN 2088
Springfield 1903 30.06 caliber rifle, SN 1277104;
Springfield Mauser Model 1903 30.06 caliber rifle, SN 465073419, with scope;
Mauser .308 rifle, SN A5005;
Mauser Model 1907 30.06 caliber rifle, SN A1643;
Remington Rolling Block Rifle 43 Spanish caliber (initials of victim carved into stock);
Winchester Model 62 22 caliber rifle, SN 65357A;
Marlin Model 39A 22 caliber rifle, SN 23254200;
Remington Model 722 222 caliber rifle, SN 426483, with scope;
unknown make/model 410 gauge shotgun, SN 41195;
Remington rifle, unknown model or caliber, SN 3289323;
Springfield Arms 30.06 rifle, SN 1356208;
Remington Model 722 unknown caliber rifle, SN 22388, with scope;
Beretta Model U22 NEOS-22 .22 caliber handgun, SN P54073;
Smith & Wesson Model 15 .38 caliber handgun, SN 34K0304; and
Ammunition.

I, Neal D. Tierney, further state that I am a Special Agent of Bureau of Alcohol, Tobacco, Firearms and Explosives in Wichita, Kansas and that this Complaint is based upon the following facts:

**See attached affidavit which is incorporated herein by reference.**

Continued on the attached sheet and made a part hereof:

____X____ Yes     _____ No


_____
Neal D. Tierney, ATF
Wichita, KS


Subscribed and sworn to before me this _5th__ day of August, 2014, at Wichita, Kansas.


_____
Honorable Kenneth G. Gale
U.S. Magistrate Judge
District of Kansas

# AFFIDAVIT

I, Neal D. Tierney, being duly sworn, state the following:

1. Affiant is employed as a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and is charged with investigating violations of Federal Firearms and Explosives Laws. Your affiant has been employed with ATF since August of 1992. Prior to becoming a Special Agent, your affiant was assigned to the ATF National Firearms Branch, Washington, DC and also as an Inspector with ATF Regulatory Enforcement Division. In these capacities, your affiant was responsible for ensuring compliance with and in accordance to the National Firearms Act and Gun Control Act.

2. Affiant is involved in an investigation regarding alleged violations of Federal Laws on the part of Ryan Carl Lowmaster (W/M, dob: XX/XX/1979, SSN: XXX-XX-7233). Your affiant has knowledge of information that is either, personally known to the affiant, or has been provided to the affiant by other law enforcement personnel and witnesses.

3. Affiant is aware that Ryan C. Lowmaster is a convicted felon, having been sentenced to more than a year after convictions for Aggravated Burglary, Robbery, and Burglary of a Dwelling in Sedgwick County Case 05-CR-3090.

4. Affiant has probable cause to believe that a crime has been committed by Lowmaster involving the unlawful possession of:
   1) Ruger Model 77 .220 Swift, unknown serial number;
   2) Ruger Model 77 .22-250, SN 710-92865;
   3) Browning 10 gauge shotgun, SN 43750NN121;
   4) Kimber Model 82 .22 caliber, SN 510;
   5) Kimber Model 82 .22 caliber, SN 462, with scope;
   6) Winchester Model 70 .243 caliber rifle, SN G1229113;
   7) Winchester Model 70 30.06 caliber rifle, SN G1774205;
   8) Remington Model 721 30.06 caliber rifle, SN 413281;
   9) Remington Model 700 .222 caliber rifle, SN 107869;
   10) Winchester Model 62A .22 caliber rifle, SN 279137;
   11) Winchester Model 72 .22 caliber rifle, unknown serial number;
   12) Winchester Model 69A .22 caliber rifle, unknown serial number;
   13) Remington Model 12 .22 caliber, SN263654;
   14) Savage Model 6A .22 caliber rifle, no serial number available;
   15) JC Higgins Model 50 270 caliber rifle, unknown serial number;
   16) JC Higgins Model 50 30.06 caliber rifle, SN 12502;
   17) JC Higgins Model 51 30.06 caliber rifle, unknown serial number;
   18) JC Higgins Model 50 .270 caliber rifle, SN 37100;
   19) JC Higgins Model 50 30.06 caliber rifle, no serial number available;

20) Mauser Model 98 8mm rifle, SN 2088
21) Springfield 1903 30.06 caliber rifle, SN 1277104;
22) Springfield Mauser Model 1903 30.06 caliber rifle, SN 465073419, with scope;
23) Mauser .308 rifle, SN A5005;
24) Mauser Model 1907 30.06 caliber rifle, SN A1643;
25) Remington Rolling Block Rifle 43 Spanish caliber (initials of victim carved into stock);
26) Winchester Model 62 22 caliber rifle, SN 65357A;
27) Marlin Model 39A 22 caliber rifle, SN 23254200;
28) Remington Model 722 222 caliber rifle, SN 426483, with scope;
29) unknown make/model 410 gauge shotgun, SN 41195;
30) Remington rifle, unknown model or caliber, SN 3289323;
31) Springfield Arms 30.06 rifle, SN 1356208; and
32) Remington Model 722 unknown caliber rifle, SN 22388, with scope;

On or about November 13, 2012, in Labette County, Kansas.

5. Further, Affiant has probable cause to believe that a crime has been committed by Lowmaster involving the unlawful possession of:
   1) Beretta Model U22 NEOS-22 .22 caliber handgun, SN P54073;
   2) Smith & Wesson Model 15 .38 caliber handgun, SN 34K0304;
   3) ammunition.

on or about November 20, 2012, in Wilson County, Kansas.

6. On November 14, 2012, Labette County Sheriff's Department Deputy L. Bushong took a report of a burglary and theft at 239 21000 Road in Labette County. The victim, R.D.B., reported numerous firearms (including those listed in paragraph 3) had been stolen from an outbuilding located on the property.

7. On November 20, 2012, in Wilson County, Kansas, Ryan Carl Lowmaster was stopped for a traffic violation by Wilson County Sheriff Deputy Travis Walker. Lowmaster was unable to provide a valid driver's license or insurance, and he arrested when it was discovered that the license plate on the car he had been driving was stolen. Lowmaster told Deputy Walker that there were drugs in the car. Law enforcement found methamphetamine along with two handguns and ammunition (listed in paragraph 5) during the search of the vehicle. The Smith & Wesson handgun was located on the front passenger seat and the Beretta handgun was located underneath the front center console.

8. On November 23, 2012, Deputy Bushong learned that Ryan Lowmaster had come to the residence of J.C. (sister to R.D.B.) and told her that he knew a guy who purchased one of the firearms stolen from R.D.B. Deputy Bushong contacted J.C., and spoke on the telephone with Lowmaster, who said he had seen some firearms in a shop in Wilson County and that he knew someone that bought one of

the firearms. Lowmaster said he could probably get that firearm back, and agreed to get the firearm and meet Deputy Bushong at Lowmaster's residence.

9. When Deputy Bushong met Lowmaster at his residence, Lowmaster said the guy had purchased more than one firearm. Lowmaster opened the trunk of a car and showed Deputy Bushong eight firearms, which Deputy Bushong collected. Lowmaster gave a written statement, implicating Joshua Rettman and purporting to disclose the location (12365 Scott Road in Wilson County) where Lowmaster had seen the firearms. Deputy Bushong obtained a search warrant for that location, but no firearms were found during the execution of this search warrant.

10. The following day, on November 24, 2012, Deputy Bushong received a call from Wilson County Sheriff Deputy, Mark Jones, who advised some hunters had found firearms near a pond next to the property previously identified by Lowmaster. Law enforcement responded and collected these firearms.

11. On December 4, 2012, Deputy Bushong met with Joshua Rettmann to conduct an interview. Rettmann advised that, around November 15th, he and his mother, Marline Rettmann, found Ryan Lowmaster at the 12365 Scott Road property where Rettmann had some animals. Rettmann said Lowmaster had firearms leaning against his truck and told Rettmann he needed to sell them. Rettmann argued with Lowmaster, and attempted to put the firearms in Lowmaster's truck. They got into a scuffle, and Lowmaster finally left with the firearms in his truck. This was confirmed by Marlene Rettmann.

12. Deputy Bushong later learned the identity of the person from whom Lowmaster claimed to have retrieved the firearms; Toby Beye. On January 5, 2013, Deputy Bushong interviewed Beye, who said that Lowmaster came to his home and asked for his help. Beye accompanied Lowmaster to a shed where the side had already been removed and firearms were visible. Lowmaster told Beye "Help me load these," and Beye helped Lowmaster put the firearms in Lowmaster's truck. A couple of days later, Beye saw Lowmaster take some firearms from Lowmaster's work trailer, and he believed these firearms were the ones that Lowmaster returned to Deputy Bushong. Lowmaster later told Beye that he needed to get his story straight, and that Lowmaster was going to set Joshua Rettmann up for the firearms. Lowmaster wrote down what he wanted Beye to say if questioned by law enforcement, which Beye turned over to Deputy Bushong.

13. SA Tierney is a recognized expert in determining the place of manufacture and/or importation of firearms for the purpose of determining interstate nexus regarding firearms and ammunition. SA Tierney has examined the descriptions of the 32 firearms described and listed in paragraph 4 and the 2 firearms described and listed in paragraph 5. SA Tierney has determined that none of these 34 firearms were manufactured in the state of Kansas. It is further the opinion of SA Tierney that for these 34 firearms to have been recovered in the state of Kansas, all 34 firearms traveled in interstate commerce.

14. Your affiant believes that based on the aforementioned facts, there is probable cause to believe that Ryan Carl Lowmaster violated 18 U.S.C. 922(g)(1) on November 13, 2012, by possessing firearms after being convicted of a crime punishable by imprisonment for a term exceeding one year, in Labette County, Kansas.

15. Affiant believes that, based on the aforementioned facts, there is probable cause to believe that Ryan Carl Lowmaster violated 18 U.S.C. 922(g)(1) on November 20, 2012, by possessing firearms after being convicted of a crime punishable by imprisonment for a term exceeding one year, in Wilson County, Kansas.

16. Based on the aforementioned facts, your affiant believes that an arrest warrant should be issued for Lowmaster.

Subscribed and sworn before me this
5th day of August 2014

Neal D. Tierney
ATF Special Agent

Kenneth Gale
United States Magistrate Judge