IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Criminal Action |
| | ) | |
| v. | ) | No. 14-10144-EFM |
| | ) | |
| **RYAN CARL LOWMASTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____) | | |

## UNITED STATES' MOTION TO VACATE

Comes now the United States of America, by and through its attorney Jason W. Hart, Assistant United States Attorney for the District of Kansas, and moves this Court to vacate the defendant's conviction to Count 2 of the Information, and to dismiss Count 2 of the Information. For its motion, the United States asserts:

1. This motion is made pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

2. The Court has authority to hear this motion pursuant to 18 United States Code § 3231.

3. The United States makes this motion in good faith and in the interests of justice.

4. The defendant has no objection to this motion.

WHEREFORE, the United States moves this Court for an order granting this motion to vacate the defendant's conviction as to Count 2 of the Information, charging a

violation of Title 18 United States Code § 922(g)(1), and dismissal of Count 2 without prejudice.

                                              Respectfully Submitted,

                                              BARRY R. GRISSOM
                                              United States Attorney

                                              s/ Jason W. Hart
                                              JASON W. HART
                                              Ks. S.Ct. No. 20276
                                              Assistant United States Attorney
                                              District of Kansas
                                              301 N. Main, Suite 1200
                                              Wichita, Kansas 67202
                                              (316) 269-6481
                                              (316) 269-6484 (FAX)
                                              Jason.hart2@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on February 27, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                              s/ Jason W. Hart
                                              JASON W. HART
                                              Assistant United States Attorney