# United States District Court
## for the
## District of Kansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Ryan Carl Lowmaster**     Case Number: **1083 6:14CR10144-001**

Sentencing Judicial Officer: Honorable Eric F. Melgren, U.S. District Judge

Date of Original Sentence: 09/28/2015

Original Offense: FELON IN POSSESSION OF A FIREARM (a Class C Felony) 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2)

Original Sentence: 30 Months Prison, 36 Months Supervised Release

Type of Supervision: TSR     Date Supervision Commenced: 08/26/2016
Asst. U.S. Attorney: Jason Hart     Defense Attorney: John J. Gillett

## PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| **1** | **Mandatory Condition: "The defendant shall not commit another federal, state or local crime."** |

According to the report from the Cherryvale Police Department, on Monday, December 11th at 1600, Cherryvale officers made contact with Rick Housel in the lobby of the Cherryvale Police Department.

Housel informed officers that someone unsuccessfully attempted to cash a check in one of his closed business checking accounts in the amount of $676.43 at Community National Bank in Caney, Kansas using an outdated check (check # 2353).

Housel stated that the only people on the account were himself and Thomas Lawrence, an old business partner. Housel contacted the bank and the bank provided driver's license identification and a photo of surveillance footage of the vehicle driven by the person that attempted to cash the check. The identification provided by the bank revealed Nathan Edward Walters (KOI-66-6938) of Independence, Kansas. The photo of the surveillance footage displayed a grey, newer model Chevy Silverado with an unknown tag number. Housel then informed us that he did a brief walkthrough of his office where the checks were stored inside of his desk. Upon inspection of his office, Housel

noticed a page of checks were missing from the outdated checkbook, each page contained three individual checks. Also missing from his office was an ESAB Plasma Cutter, estimated value of $l,000.00. Housel was then given a witness statement to fill out for more information.

On Tuesday, December 12th at 1100 hours, Chief Holt and Officer Waun made contact with Caney Police Department about possible stolen checks that may have been used at Community National Bank in Caney, Kansas.

After a conversation with Caney Police Chief Wade, a plasma cutter was mentioned. Wade stated that he saw a yellow plasma cutter matching the description of the one reported missing by Housel, during a recent search warrant executed by Caney PD. Wade then showed pictures of the plasma cutter to Chief Holt and Officer Waun, and stated that the owner of the home, Richard Fontes, was currently incarcerated in the Montgomery County Jail, in Independence Kansas. Wade stated that Fontes' wife has been cooperative and may let us in the shop to investigate the plasma cutter.

Wade was able to get ahold of Fontes' wife, and she let officers in the shop building. Upon entering the shop, a yellow ESAB plasma cutter was located matching the description that was provided to Cherryvale Police Department by Housel. Officer Waun then proceeded to take pictures of the plasma cutter and the serial numbers to see if Housel could make a positive identification. Officers then made contact with the victim, Housel, via phone, to see if he could locate the possible serial number to positively identify the plasma cutter.

At approximately 1130 Chief Holt and Officer Waun made contact with Community National Bank in Caney and made contact with a bank teller in reference to the outgoing forged checks in Housel's name.

The teller informed officers that the ID presented to the drive-thru teller, belonged to Nathan Edward Walters. The teller informed officers that the only camera the drive-thru had, was a camera facing the rear of the vehicle and the tag. The tag was illegible, due to being a temporary tag. Upon looking at the photo from the drive-thru. The truck appears to be tan/grey in color Chevy extended cab. Chief Holt then asked the teller if she could find out the last legitimate check that was written by Housel or Lawrence. The teller advised that the last check written was check #2253. Chief Holt then asked if the teller could figure out when the account was closed The teller advised the account was closed on l-19-16. The teller then advised that the account still had an outgoing check, in the amount of $363.46, at a Walmart location.

Chief Holt then contacted the Independence, Kansas Walmart and asked about the transaction matching the account number. Upon contact with Walmart, officers made contact with a Walmart associate via phone, named Susie. Susie requested the check number, transaction date, and amount. Susie advised that she would check the records and give us a call back.

At approximately 1254, Susie contacted Chief Holt via phone, and advised

that the check was used at the Independence, Kansas Walmart location. Chief Holt asked if she had any video footage of the transaction and what was purchased. Susie advised that she would pull that information and prepare it for Cherryvale officers when they arrived.

At approximately 1330 hours Chief Holt and Officer Waun arrived at the Independence, Kansas Walmart location and made contact with Susie. Susie showed officers video footage of the transactions and officers identified Ryan Lowmaster as a suspect in the transaction of check #2995.

Upon reviewing the video footage with Susie, Susie showed officers video footage of the truck when it entered the parking lot, and exited the parking lot. The truck appeared to be the same truck that attempted the transaction at the Community National Bank, in Caney, Kansas. Susie then gave officers a copy of the video surveillance footage of the transaction and when the truck arrived and exited Walmart. Susie also provided officers a copy of the transaction receipt, which gave a description of purchased items.

At approximately 1400 hours, officers went to attempt to make contact with Nathan Edward Walters, at his work location at Taco Bell, in Independence, Kansas. The store manager advised that Walters did indeed work at that location, but was off work at the present time. Officers asked if there was a way to contact Walters. Coworkers attempted to contact him but his phone went straight to voicemail.

At approximately 1415 hours Chief Holt received a phone call from Housel, stating that he had more checks missing, describing them as First National Bank checks, now known as First Oak Bank. Housel advised his father had received a phone call earlier today, stating that a bill collector had called in reference to the account.

Chief Holt and Officer Waun then proceeded to the First Oak Bank in Independence, Kansas and made contact with bank personnel. They advised that they had two weird checks come through on 12/11/17 in Housel's name. The first check was an electronic check # 1553 in the amount of $104.48 at Locke Supply in Bartlesville, Oklahoma. The second check was check # 1555 in the amount of $262.26 at Hughes Lumber in Bartlesville, Oklahoma. The second was signed "Ricky Housel" including the driver's license number K00627695.

Officers attempted to run the DL number K00627695 that was written on check #1555 through Montgomery County Sheriff dispatch. The dispatch was unable to get a return on the DL. At approximately 1500, Chief Holt and Officer Waun returned to Cherryvale and made contact with Housel, and provided officers with his written statement. Officer Waun showed Housel pictures of the plasma cutter that was located in Caney, Kansas. Housel said the plasma cutter could be his but was not able to make a 100% positive identification by photos only. Housel mentioned the plasma cutter had been stolen once before around 2005 or 2006. Officers attempted to locate a previous case on the plasma cutter, and were unable to locate the case in reference to Housel.

At approximately 1715 hours, Chief Holt and Officer Waun were in route to Montgomery County Sheriff's Office in Independence, Kansas to interview Richard L. Fontes in reference to the plasma cutter that was located at his shop in Caney, Kansas.

While in route to Montgomery County Sheriff's Office, Officer Waun noticed an individual at Miller Bros that resembled Ryan Lowmaster and the truck that was used in connection to the forged checks at the Independence, Kansas Walmart, and Community National Bank in Caney, Kansas. Officers circled around the block and noticed the truck pulling out of Miller Bros and made positive identification of Ryan Lowmaster as the driver of the truck. Lowmaster proceeded east on HWY 160 out of Independence, Kansas. Officers followed Lowmaster and attempted to contact Montgomery County Sheriff deputy Michael Grimes. Due to multiple departments seeking Lowmaster and officers being out of jurisdiction, Chief Holt asked Deputy Grimes if he wanted officers to stop and detain Lowmaster. Grimes advised to stop and detain Lowmaster and that Montgomery County Sheriff Deputy Eric Musgrove was in route to our location.

Officers made contact with Lowmaster in his driveway at 4238 CR 4500 Independence, Kansas. Chief Holt then asked Lowmaster if he would voluntarily come to the Sheriff's office for an interview regarding the bank checks and plasma cutter. Lowmaster continued to protest going to the Sheriff's office for an interview. Chief Holt then attempted to detain Lowmaster until Deputy Musgrove arrived. Lowmaster then proceeded to attempt to flee officers for few seconds, he then surrendered. Lowmaster was then escorted to the Cherryvale patrol car. Deputy Musgrove arrived and advised that he would also like to interview Lowmaster. Officers then made contact with Crystal Britton, the girlfriend of Lowmaster. She provided her information to officers. Lowmaster was then escorted to the Montgomery County Sheriff's Office.

Upon arrival at the Montgomery County Sheriff s Office in Independence, Kansas, Chief Holt, Officer Waun and Deputy Musgrove escorted Lowmaster to the office area. Deputy Grimes was busy interviewing Richard Fontes.

Deputy Grimes requested Chief Holt to accompany him in the interview room. Chief Holt proceeded to ask Fontes where he got the plasma cutter that was found in his shop in Caney, Kansas. Fontes advised he received the Plasma Cutter from Ryan Lowmaster approximately week ago. Fontes stated he had made a trade with Lowmaster for the Plasma Cutter, Fontes stated he traded Lowmaster a smaller Plasma Cutter and $200.00 cash.

Chief Holt then exited the interview room and decided to place Lowmaster under arrest for burglary and theft for the plasma cutter and bank checks due to the following facts: the truck that Lowmaster was driving, matches the truck that was used at Community National Bank in Caney, Kansas and Walmart in Independence, Kansas. In addition, at the Walmart in Independence he had on the same shoes, hat and jacket that he was wearing at the time of him being detained. Due to Fontes saying

that Lowmaster brought the yellow plasma cutter to him, with the combination of the bank checks and yellow plasma cutter, he was placed under arrest, taken into custody, and taken to Montgomery County Corrections and booked in for burglary and theft.

Ryan Lowmaster is currently in custody.

U.S. Probation Officer Recommendation:

The term of supervision should be:

☒ Revoked
☐ Extended for  years, for a total term of  years.
☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: 12/13/2017

by _____KatieBusenbark_____
Katie Busenbark
U.S. Probation Officer

Approved:

_____
For: Melissa L. Goldsmith,
SUSPO

*Please indicate the Court response below and return to the U.S. Probation Officer*

☐ No Action
☒ The Issuance of a Warrant.  Petition and warrant sealed and not to be distributed to counsel of record.  Unsealed upon arrest.
☐ The Issuance of a Summons
☐ Other:

s/   Eric F. Melgren
Signature of Judicial Officer

12/14/2017
Date