United States District Court
Wichita, KS

**FILED**
U.S. District Court
District of Kansas

MAR 2 6 2019

Clerk U.S. District Court
By _____ Deputy Clerk

United States

V

Case # 6:14CR10144-001

Ryan Lowmaster

## Motion to modify a term of imprisonment
### Pro Se

Due to the new guidlines including the
First Step Act. 18 USC 3582 allows an
inmate who believes that there are
extraordinary and Compelling Circumstances
that could not have been forseen at the
time of Sentencing, to petition the Sentencing
Court after the inmate has Submitted a
written request stating the extraordinary
or Compelling Circumstances at which time
the prison has 30 days to respond to the
written request.

As Shown in the papers enclosed with
this motion. Mr. Lowmaster Submitted his
request on 1-30-19 and that request was
never forwarded ANYWHERE. Mr. Lowmaster
again resubmitted his written request

and that request also did not go anywhere
therefore allowing Mr. Lowmaster to petition
this honorable court for a reduction in
Sentence due to the extraordinary and
Compelling Circumstances laid out in the
written letters and request enclosed with
this motion.
Contact Names and Numbers here at
the prison are as follows:

Mr. White - CMC coordinater    256-315-4100
Mrs. Lassiter - Delta Unit Mgr    256-315-4100
Mr. Baggett - HVAC Vocation instructor 256-315-4100

Contact Names and Numbers

Arlene Lowmaster - Mother - 620-336-2165
John Gillett - Attorney (family) - 620-431-1999

Mr. Lowmaster is filing this pro se and asks
the court to take that into Consideration. He
also encourages the Court to read the
following Letters fully. Thank you in advance
for your time.

this document is signed, dated and sworn pursuant
to 28 USC 1746 Under penalty of perjury on this
20th day of March 2019.

Respectfully Submitted
Ryan Lowmaster
Ryan Lowmaster
24595-031

Honorable Judge Melgren                    3-19-19

Sir I am writing you today requesting a Compassionate Release/Reduction in Sentence due to my father passing away on 1-29-19 unexpectedly from a heart attack. That has left my 70 year old mother now home alone and she is not in the best of health either. She lives 8 miles from town in Cherryvale Ks with no family within 3 hours of her. My mom is 98LBS and cant even open a jar of Salsa let alone feed horses, Carry feed or change a flat tire. If you will let me take care of my mom I will release to her address to be there to help her.

Since Coming back here I have cut all ties with Crystal which is where I was staying when I violated. I have also been taking HVAC Vocational classes, Resume Writing, Mock Job Fair and have not got a single disciplinary write up. My hvac instructor has had the most interaction with me and I encourage you to call him about my Conduct here. His name is Mr. Baggett. (256-315-4100)

Enclosed is Copies of the Warrant Recalls on the Cases they stated in my revocation. For as the Seriousness they stated in my revocation report I would like you to Know Sir that they dismissed the Charges in Oklahoma without ever appointing me an attorney or appearing and

The charges in Kansas were all dismissed and I was found guilty of a Misdeamenor passing a worthless check. There was no large scale theft ring that I was involved with. Once the truth came out about what really was going on all the charges were dropped.

My dad was my Rock your honor. Not being able to attend his funeral, help my mom and be with my family was the harshest punishment ever. I Understand the passing of my father does not constitute "extraordinary or Compelling Circumstances" But my Mom needing assistance and no family being within 3 hours to help her does.

ON 1-30-19 I requested a Compassionate Release through the BOP. (Request Enclosed) only to have it sit on the CMC Coordinators desk till 3-7-19 when the asst Warden had to find it for me Cause no one gave it to the Warden like they were supposed to.

I am scheduled to go to the halfway house 6-20-19 and my release date is 8-19-19. Due to the 7 days good time Credit in the First Step Act My out date will Be in early July.

I am asking you Sir. In light of all the information about the dismissal of the overstated Claims to revoke me, My father passing away, My Mother needing my help and that my guideline Range for the grade C Violation was 6-12 months and I have Served 16 months.

Please allow me to take care of my Mother and please grant the RIS/Compassionate Release. Mr. Tierney and MR. Gillett can confirm the facts I have told you. Mr. Gillett spoke at my Dads funeral.

I'm sorry your honor to have ever had to appear in your court a second time and it will be my last. I humbly ask for you to release me to my mother. As of today I have 91 days till I leave for the halfway house. Thank you in advance for your Consideration

Sincerely
Ryan Loumas

P.S. I Spoke with Mr. White the CMC Coordinator today 3-19-19 at 11am and he said I was able to petition you for my release since they dropped the ball and its been almost 2 months and they still have not even fully prepared the packet. MR. White can also be reached at 256-315-4100 Thank you your honor

Request for RIS

Warden Romero                              Tuesday 1-29-19

    Today I got the devastating news that my dad and Best friend died in his sleep last night. I am submitting this to you asking for a Compassionat release so I can go home to help my mom. This is the type of news nobody wants to get. He was the most amazing man who worked hard every single day and provided and Cared and Loved his family more than I can describe with this pen. My Incarceration is in NO WAY SHAPE or form a reflection of the way he raised me. My mistake are a tarnish to say the least. He was the ROCK and supporter of our family. He was a irreplaceable part of our family. My mom is retired and her health is not the best. Now she has neighbors and my family there to help but with the property and everything there is no way for her to maintain since my dads unexpected death last night. Tonight I printed off the Compassionate Release / Reduction in Sentence policy statement available to inmates on Trulincs. #7 is the factors and evaluation of circumstances in RIS Requests and I would like to explain them in the following pages as I Request Consideration for RIS.

1. Nature and Circumstances of the inmates offense. I was originally convicted on a simple 922g felon in possesion of firearm. NO Violence — NO DRUGS — 36 month sentence 36 month Supervised Release — I am Currently Back on a Supervised Release violation

2. Criminal history – I have 1 felony (922g) 1 misdemenor convictions in the last 15 years

3. Comments from victims – I don't know

4. Unresolved detainers – the 2 detainers I had. I worked my tail off and they have been lifted. I currently have no detainers

5. ~~Paral~~ Supervised release violation – This was my first and only violation for a grade C violation. I was sentenced to 24 months and the judge squashed my paper

6. Institutional adjustment – I don't know what this means

7. Disciplinary Infractions – I have <u>never</u> received any DR since incarcerated

8.) Personal history derived from the PSR – Yes it will show arrests but the only Convictions are the ones stated above on line 2. In 2004 I had trouble but when I went for Sentencing on this Violation those were no longer Scorable offenses.

9. Length of Sentence and amount served. This factor is considered with respect to proximity to release date or RRC or home Confinement.



#9 Cont - As of right now my Max date is 8-19-19! As you are aware (with the new good time award of an extra 7 days on the Sentence imposed. That will push that date to the beginning of June. Then with the 10% that can be done on home Confinement. My home Confinement eligibility date will be in Mid April 2019. Ms. Jackson has submitted me for halfway house with a recomendation of 90 days. I beleive you would have recently signed off on that as well!

10. Inmates Current Age - I am Currently 39 years old

11. Inmates age at Sentencing and offense - I was 35 years old at the time of Sentencing - 32 years old at the time of offense

12. Inmates release plan - I would release to my mom and Dads residence in Rural Cherryvale Kansas
406 A 21000 rd
Cherryvale Ks 67335
I will explain my employment - financial - medical situation in the closing of this request.

13. Whether release would minimize the severity of the offense

I hope I have answered these factors for you. Sir I always thought when the day came my parents died that I might Cope By Using drugs. That day came today and I can honestly Say Using drugs is the _last_ thing on my mind

→

I have 2 daughters also who need me. My dad was their ROCK also and they were speechless tonight on the phone due to their crying.

Since being here. I have not been idle! I was immediately working in Unicor with good reviews and I have taken VT classes - CORE - HVAC 1 - and just started HVAC 2. I have done HVAC work all my life cause thats what my dad did for a living. I was taking these classes to help my chances for successful Re-entry this time. I would encourage you to contact MR. BAGGETT as he can vouch that I am there now everyday (morning and afternoon) and am waiting at the door at 7:30 AM. I try and help the others in class, I am a passive helpful person and never hesitate to help when I can. He can tell you how good I'm doing and whether what I'm saying is true. That being said. With my HVAC experience and the NCCER training I received here. My employability is high. I participate in the recent Mock job fair here were you spoke to us. Mr. Epperson was one of my mock interviewer and he said on his evaluation "I was the best interview of the day." As to the financial and Medical part. My family is not rich but has agreed to help me and they have the means to do so. I have programmed since being here. I have 2 months maybe 3 till eligible for Home Confinement, ~~SOBSTR~~ NO SUPERVISED RELEASE, I haven't missed a FRP payment, I have completed more than ½ my sentence and I need to be there to help my MOM & daughters.

$\longrightarrow$

I have made mistakes in my past. The news I recieved today was a harsher punishment than any Court Could hand out. It was my greatest fear Coming true and I pray that you request a RIS so I can take care of my mom please. Below is a list of people you may Contact and their phone numbers to verify any info you may need or to the home I am asking to Be released to. Thank you for your time

Arlene Lowmaster - Mother - 620-336-2165
Senior Special Agent in Charge - ATF - Wichita Neil Tierney
                                        316-253-3640
John Gillett - Attorney For My Family - Chanute, KS
I do NOT know his phone #

Charlene Pinkham - Aunt - 316-992-8520


With the provisions in the first step act. My dates will Change to release me sooner. Thats a fact. Its just a matter of when the Risk Assessment is released. Re really I have about 5 months till my Max date and thats with Zero halfway house or home Confinement. Please Allow me to go home and take care of my MOM. My Aunt or MOM Can provide you with the Funeral info. or Death Certificate. I would Also like to tell you I Self Surrendered to El Reno, OK federal prison on time with No Incident. Thank you for your time

Warden Romero                               3-8-19

    Sir I handed this request to Mr. White
before he left for his surgery and he asked me
what I wished to file this Under. ON TRULINCS
I emailed him on 1-30-19 that 18 USC 3582
I believe was the applicable Statute.
    My mother is 70 years old with no relatives
within 3 hours of her. My older Brother is in
Jail and my Sister is 3 hours away. My mom
has COPD, Steel Rods in her Back, Nerve damage
in her lower back, Stints in her Arteries in
Both legs. She can not open jars cause she
is so weak. She weighs 98 LBS and can't seem
to gain weight. She can not lift the Bags of
Horse feed, dog feed, Bird feed. She can't put
Hay out for the horses or drive the tractor. She
lives 8 miles from any town and Can not change
her own tire if it goes flat.
    Sir I am asking you MORE HALFWAY house
or a reduction in Sentence. Without the 7 days
good time Award I have 6 months left with No
Supervised Release. If they want to Re-Calculate
my time Until July 19th 2019 I will Be immediately
released. I am eligible as of now for home Confine
on June 6th 2019.
    Can you please help me get more halfway house
or a reduction in Sentence so I can take care of
my mom please?    Thank you
                    Bryan Lauman

# RYAN LOWMASTER

406 B 21000 Road , Cherryvale, KS 67335

lowmas6@icloud.com • Cellular 620-779-1749 • Home 620-336-2165

## HVAC Salesman,HVAC Service Technician,HVAC Installer

## Qualification Highlights

- Owned my own HVAC buisness for four years. Specializing in custom built duct systems,Serviced several commercial accounts such as Subway and Sonic restaurants along with residential sytems and Manitowac ice machines and Reverberae tube heaters.
- I am a dedicated employee with a passion for the HVAC business, I have strong communication skills and enjoy interaction with customers.
- I am a team player and  problem solver as I understand the employee and employer's objectives due to have being both in this field.
- I have attended several Manitowac Ice Machine Service seminars through Key Refrigeration wholesaler.  I have completed Copland compressors classes. I have attendeded Nordyne online classes and I am section 608 certified universal for the handling of refrigerant.

## Professional Experience

### HVAC Sales,Service and Installation

- Section 608 certified for refrigerant
- Custom built duct work,years of experience with pittsburgh machine,brake. I can build offsets and elbows with veins in them and dampers. I understand the operating procedure on most brands of hvac equipment
- Universal refrigerant certification,Copland compressor certificates for completion of online classes,Manitowac certification for the reducation classes and service training
- Can operate independently on Service calls or Insatalls if needed. I have good leadership skills. I can read wiring diagrams and blueprints.
- Can replace Heat Exchangers in package units and have knowledge of codes in relation to venting and combustion air.

### Ventilation Hoods

- Designing,Sizing,Welding,Fire Wrapping
- Have experience welding duct systems for light testing inspections along with Fire Wrapping the Duct
- I have never failed a inspection from a fire marshal or inspector in the many systems I have installed

## Employment History

| | |
|---|---|
| Lowmaster Heat and Air, Independence KS<br>**Owner Operator** | 2008 to 2018 |
| CDL Mechanical, Pittsburg,KS<br>**HVAC Installer/Commercial** | 2015 to 2017 |
| Zachary Construction, Coffeyville,KS<br>**HVAC Service Technician** | 2012 to 2014 |
| Eck Heat and Air, Dearing,KS<br>**HVAC Installer and Service Tech.** | 2009 to 2012 |

# Education

Labette County High School, Altamont,KS                                          *1997*
*H.S., general*
General studies and vocational welding.

NCCER, Talledaga,Al                                                              *2019*
*A.S., CORE CURRICULUM*
Basic job safety,jobsite mathematics,soft skills and tool use.

NCCER, Talledaga,Al                                                              *2019*
*A.S., HVAC LEVEL 1*
Hvac level 1 consisted of compressor operation,metering devices,superheat and subcooling,hvac
mathematics,air ditribution and duct sizing and heat pump knowledge, leak detection and refrigerant
charging.

NCCER, Talledaga,Al                                                              *2019*
*A.S., HVAC LEVEL 2*
This was a moer in depth class about heat pumps and compressor failure,troubleshooting metering
devices,VAV air sytems with zoning controls and motor failure diagnostics and leak detection.

# Skills

- Measure,build,install sheetmetal duct for ventilation systems. I design HVAC systems and refigeration
  systems to best suit the needs of the customer,I can install and trouble shoot mini split systems,install
  and troubleshoot any make and model of ice machine, I can install and trouble shoot Reverberae tube
  heaters and unit heaters.
- Install and troubleshoot HVAC systems for residential/commercial systems. I can tell by refrigerant
  pressures whether blower is running,A-coil or filter is clogged.
- Effectively perform preventive maintence on HVAC and refrigeration systems such as pull amp draw
  on motors to check windings and drag. I can clean A-coils without removing them from the cabinet and
  change thermostats and change belts on commercial applications.
- I can precisely charge HVAC and refrigeration units by superheat or subcooling. I can pull vacume to
  500 microns and I can tell if have a leak in system by how low i can pull the sytem into a vacume,i can
  properly leak check a system and i know how to solder very well.
- Have experience changing out faulty heat exchangers and know the seriousness of properly
  diagnosing heat exchangers and the carbon monoxide poisoning risk associated with a faulty heat
  exchanger.
- I am knowlegable in good time management and I am trustworthy to use time wisely and efficiently.
- I have experience in installing Groundsource and Watersource Geothermal units from pump and dump
  systems to closed loop well sytems and also the groundloop systems and the pump kits and
  polywelding associated with these type systems.
- I have experience in Sizing,Duct Measuring and Building,Duct Welding for inspection by fire
  marshal,Duct fire wrapping and installation of the rooftop ventilation products.

# Licenses

608 universal certification, Key Refrigeration, United States, 2008. Universal Refrigerant Certification
Buisness license for HVAC, Chamber of commerce, Independence KS, 2008. business license for the
contractors in general in Independence Kansas

# Training

HVAC duct builder and installer, Eck heat and air, Dearing KS, 2008 to 2012. this is were I learned for 4
years how to custom buuild duct work,operate a pittsburg machine,bend and layout sheetmetall,cut sheet
metal and install sheetmetal.

Manitowac reducation and service class, Key Refrigeration, Wichita KS, 2009. this is were I learned all the
up to date service procedures and factory service tricks of the ice machine companies newest and
innovative machines.

up to date service procedures and factory service tricks of the ice machine companies newest and innovative machines.

Copeland Compressors, Key Refrigeration, Wichita,KS, 2009. I learned the operating mechanisms in the copeland compressors and how to properly diagnose compressor failure in Scroll,Screw,and Disc type compressors.

Nordyne, Key Refrigeration, Wichita,KS, 2012. I learned how to properly diagnose heat pumps and residential/commercial Nordyne products.

Florida Heat Pump, Key Refrigeration, Wichita,KS, 2012. I learned proper service and installation techniques on Geothermal equipment.

IN THE DISTRICT COURT OF OSAGE COUNTY

STATE OF OKLAHOMA

## WARRANT RECALL NOTICE

CASE NUMBER(S): **CF-18-00098A**

DEFENDANT(S): **RYAN LOWMASTER**

DATE WARRANT WAS ISSUED: **03/29/18**



District Court, Osage County, Okla.
FILED

NOV 29 2018

JENNIFER BURD, Court Clerk
By_____ Deputy

TO OSAGE COUNTY SHERIFF:

YOU ARE HEREBY DIRECTED TO IMMEDIATELY RECALL THE WARRANT(S) IN THE CASE(S) LISTED WHICH WERE ISSUED ON THE ABOVE DATE.

JENNIFER BURD, COURT CLERK

BY:_____

ORIGINAL ISSUED AND COPY TAKEN TO OSAGE COUNTY SHERIFF 11/28/18.

28 _____ Nov. 18

Recalled

the 28 day of Nov. co 18
_____ Sheriff
_____ Deputy

**IN THE DISTRICT COURT OF THE TENTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR OSAGE COUNTY**

THE STATE OF OKLAHOMA,

    **Plaintiff,**

vs.

**RYAN LOWMASTER**

    **Defendant.**

District Court, Osage County, Okla.
FILED

NOV 2 8 2018

J. ........ ....., Court Clerk
By............................. Deputy

**Case No. CF-2018-98**

## MOTION TO DISMISS

I, Rex Duncan, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, move the Court to dismiss the above entitled cause without prejudice for the following reason, to wit:

All restitution paid

WHEREFORE, Rex Duncan, District Attorney, moves the court to dismiss the above entitled cause without prejudice.

DATED this 2Qᵗʰ day of November, 2018.

REX DUNCAN
DISTRICT ATTORNEY

_Diane Hanmer_
Diane Hanmer
Assistant District Attorney

## ORDER

NOW, on this 2 8 day of November, 2018, this case comes on to be heard before me, the undersigned Judge in and for Osage County, State of Oklahoma, and the Court being fully advised in the premises FINDS that said case should be dismissed without prejudice, and the same is HEREBY DISMISSED and the costs to the Defendant ordered waived and said Defendant is discharged and the bondsman is released from any liability herein.

Judge of the District Court

**ELECTRONICALLY FILED**
2018 Dec 06 PM 3:12
CLERK OF THE MONTGOMERY-INDEPENDENCE DISTRICT COURT
CASE NUMBER: 2017-CR-000540-I-FE



| | |
|---|---|
| **Court:** | Montgomery-Independence District Court |
| **Case Number:** | 2017-CR-000540-I-FE |
| **Case Title:** | State of Kansas vs. Ryan C Lowmaster |
| **Type:** | WARRANT TO RECALL BENCH WARRANT & DETAINER |

SO ORDERED.

/s/ Honorable Jeffrey Gossard, District Court Judge

Electronically signed on 2018-12-06 15:13:39    page 1 of 2

## IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS
## SITTING IN INDEPENDENCE

**STATE OF KANSAS**

VS.                                           **2017-CR-000540-I-FE**

**DEFENDANT**
**RYAN C LOWMASTER**
**406 B 21000 ROAD**
**CHERRYVALE, KS 67335**

## ORDER TO RECALL WARRANT AND DETAINER

On the 4TH day of DECEMBER,  2018 it is by the Court Ordered that the
Warrant in the above entitled matter be recalled for good cause shown.

cc; file
    MGSO

## THIS ORDER IS EFFECTIVE UPON THE
## DATE OF ELECTRONIC SIGNATURE BY THE COURT

ELECTRONICALLY FILED
2018 Dec 06 PM 3:12
CLERK OF THE MONTGOMERY-INDEPENDENCE DISTRICT COURT
CASE NUMBER: 2017-CR-000541-I-MD



**Court:**          Montgomery-Independence District Court

**Case Number:**    2017-CR-000541-I-MD

**Case Title:**     State of Kansas vs. Ryan C Lowmaster

**Type:**           ORDER TO RECALL WARRANT AND DETAINER

SO ORDERED.

/s/ Honorable Jeffrey Gossard, District Court Judge

Electronically signed on 2018-12-06 15:13:39    page 1 of 2

## IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS
## SITTING IN INDEPENDENCE

**STATE OF KANSAS**

VS.                                    **2017-CR-000541-I-MD**

**DEFENDANT**
**RYAN C LOWMASTER**
**406 B 21000 ROAD**
**CHERRYVALE, KS 67335**

## ORDER TO RECALL WARRANT AND DETAINER

On the 4TH day of DECEMBER,  2018 it is by the Court Ordered that the Warrant in the above entitled matter be recalled for good cause shown.

cc; file
    MGSO

**THIS ORDER IS EFFECTIVE UPON THE**
**DATE OF ELECTRONIC SIGNATURE BY THE COURT**

ELECTRONICALLY FILED
2018 Dec 06 PM 3:11
CLERK OF THE MONTGOMERY-INDEPENDENCE DISTRICT COURT
CASE NUMBER: 2017-CR-000519-I-FE



**Court:**    Montgomery-Independence District Court

**Case Number:**    2017-CR-000519-I-FE

**Case Title:**    State of Kansas vs. Ryan C Lowmaster

**Type:**    WARRANT RECALL

SO ORDERED.

/s/ Honorable Jeffrey Gossard, District Court Judge

Electronically signed on 2018-12-06 15:11:50    page 1 of 2

## IN THE DISTRICT COURT OF MONTGOMERY COUNTY, KANSAS
## SITTING IN INDEPENDENCE

**STATE OF KANSAS**

VS.                                          **2017-CR-000519-I-FE**

**DEFENDANT**
**RYAN C LOWMASTER**
**406 B 21000 ROAD**
**CHERRYVALE, KS 67335**

## ORDER TO RECALL WARRANT AND DETAINER

On the 4TH day of DECEMBER,  2018 it is by the Court Ordered that the
Warrant in the above entitled matter be recalled for good cause shown.

cc; file
      MGSO

## THIS ORDER IS EFFECTIVE UPON THE
## DATE OF ELECTRONIC SIGNATURE BY THE COURT



# ALL FUNERAL SERVICES

*A pillar of support to the community and surrounding area for over 50 years*

Services     Grief Support     Plan Ahead     Resources     Contact Us

# John J. Lowmaster

March 25, 1952 - January 29, 2019

**Share a Memory**



Tribute Wall   Obituary & Events   Photos & Videos                    Login

### Obituary for John J. Lowmaster

John J. Lowmaster, 66, of rural Cherryvale, died unexpectedly Tuesday, January 29, 2019 in Wichita.

He was born March 25, 1952 at Wichita, a son of Carl Wesley and Geraldine (Nedeau) Lowmaster. He was raised in Wichita and attended school there. After graduating from high school, he began employment at the Copeland Corporation and worked his way through the company to be manager. In 2001 he began working at Key Refrigeration where he was currently working. He moved to the Big Hill Lake area in rural Cherryvale in 1995.

On February 1, 1974 he and Arlene Miller were united in marriage at Wichita. She survives of the home.

In past years he attended Mt. Zion Church. He enjoyed fishing, golfing, boating and spending time with friends and family. He was loved by so many people and he cherished all their friendships.

In addition to his wife, survivors include: two sons – Bryce C. Lowmaster, Wichita, KS, Ryan C. Lowmaster, Cherryvale, KS; one daughter – Wendy R. Lowmaster, Kechi. KS; three granddaughters; one brother – Eugene Lowmaster, Buckeye, AZ; one sister – Mary Jo Puetz, Conway Springs, KS. He was preceded in death by one brother – Tom Lowmaster.

Funeral services will be held at 2:00 Tuesday, February 5, 2019 at the Carson-Wall Funeral Home with Marty Warren officiating. The family will receive friends from 6:00 until 7:00 Monday evening at the funeral home. In lieu of flowers, memorials are suggested to the Proud Animals Lovers Shelter and may be left at or mailed to the funeral home, P.O. Box 942, Parsons, KS 67357. Online condolences may be left at www.wallfuneralservices.com.

### Upcoming Events

**FUNERAL SERVICE**

Tuesday

**5**

Feb

2:00 PM

Carson-Wall Funeral Home Parsons

View larger map

Main St

Parsons Historic
Museu
Map data ©2019 Google

**Registry System**

Try Another

**Online Verification**

# Ryan Lowmaster,

**Card Number: 8593925**

☐ I hereby authorize the Accredited Training Sponsor and/or Accredited Assessment Center to release my training and/or Assesssment record to NCCER. Further, I hereby authorize NCCER to rely upon this information to maintain my training/assessment records in its Automated National Registry. I hereby release and hold harmless NCCER from any and all liability resulting from its reliance on such information provided by the Accredited Training Sponsor and/or Accredited Assesssment center.

☐ I understand and accept all conditions outlined in Responsibilities & Liabilities.

Certifications | Completed Training | Knowledge Verified | Performance Verified

Completed PV Tasks

**Crafts**

| Craft Title | Date Completed |
| --- | --- |
| Core Curriculum | 01/16/2019 |
| Construction Site Safety Orientation | 01/16/2019 |

| 1 | 10 | items per page | 1 - 2 of 2 items |

**Levels**

| Level Title | Date Completed |
| --- | --- |
| HVAC Level One | 02/05/2019 |
| Construction Site Safety Orientation | 01/16/2019 |
| Core Curriculum: Introductory Craft Skills | 01/16/2019 |

| Level Title | | | | Date Completed |
|---|---|---|---|---|
| ( 1 ) | | 10 | items per page | 1 - 3 of 3 items |

**Modules**

| Module ID | Module Title | Date Completed |
|---|---|---|
| 03101-13 | Intro to HVAC | 02/05/2019 |
| 03102-13 | Trade Mathematics | 02/05/2019 |
| 03103-13 | Basic Copper and Plastic Piping practices | 02/05/2019 |
| 03104-13 | Soldering and Brazing | 02/05/2019 |
| 03105-13 | Basic Carbon Steel Piping Practives | 02/05/2019 |
| 03106-13 | Basic Electricity | 02/05/2019 |
| 03107-13 | Intro to Cooling | 02/05/2019 |
| 03108-13 | Intro to Heating | 02/05/2019 |
| 03109-13 | Intro to Air Distribution Systems | 02/05/2019 |
| 00101-15 | Basic Safety (Construction Site Safety Orientation ) | 01/16/2019 |

( 1 ) 2     10    items per page

1 - 10 of 18 items

© 2016 NCCER. All Rights Reserved.

**Registry System**

**Try Another**

**Online Verification**

# Ryan Lowmaster,

**Card Number: 8593925**

☐ I hereby authorize the Accredited Training Sponsor and/or Accredited Assessment Center to release my training and/or Assesssment record to NCCER. Further,I hereby authorize NCCER to rely upon this information to maintain my training/assessment records in its Automated National Registry. I hereby release and hold harmless NCCER from any and all liability resulting from its reliance on such information provided by the Accredited Training Sponsor and/or Accredited Assesssment center.

☐ I understand and accept all conditions outlined in Responsibilities & Liabilities.

Certifications     Completed Training     Knowledge Verified     Performance Verified

Completed PV Tasks

**Crafts**

| Craft Title | Date Completed |
| --- | --- |
| Core Curriculum | 01/16/2019 |
| Construction Site Safety Orientation | 01/16/2019 |

(1)     10    items per page     1 - 2 of 2 items

**Levels**

| Level Title | Date Completed |
| --- | --- |
| HVAC Level One | 02/05/2019 |
| Construction Site Safety Orientation | 01/16/2019 |
| Core Curriculum: Introductory Craft Skills | 01/16/2019 |

| Level Title | | | Date Completed | |
|---|---|---|---|---|
| 1 | 10 | items per page | 1 - 3 of 3 items | |

**Modules**

| Module ID | Module Title | Date Completed |
|---|---|---|
| 00102-15 | Introduction to Construction Math | 01/16/2019 |
| 00103-15 | Introduction to Hand Tools | 01/16/2019 |
| 00104-15 | Introduction to Power Tools | 01/16/2019 |
| 00105-15 | Introduction to Construction Drawings | 01/16/2019 |
| 00106-15 | Introduction to Basic Rigging | 01/16/2019 |
| 00107-15 | Basic Communication Skills | 01/16/2019 |
| 00108-15 | Basic Employability Skills | 01/16/2019 |
| 00109-15 | Introduction to Materials Handling | 01/16/2019 |

1  2        10        items per page

11 - 18 of 18 items

© 2016 NCCER. All Rights Reserved.

⇔24595-031⇔
Ryan Lowmaster
1000 PMB
24595-031
Talladega, AL 35160
United States



Legal Mail



Federal Courthouse
C/o Judge Eric Melgren
401 North Market
Room 204
Wichita, Ks
             67202

RECEIVED
MAR 26 2019
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202



Legal

Legal