In The United States District Court
For the District of Kansas

FILED
U.S. District Court
District of Kansas
APR 29 2019
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America

v.                                    CASE NO: 14CR-10144-01 EFM

Ryan Carl Lowmaster
                                      4-24-19

Final Response to Goverments letter

I would like to reply to the goverments letter responding to my Pro Se motion I recently filed.

He stated that although my "situation may arouse sympathy, the circumstance is neither extraordinary nor Compelling." To that I reply then why is it called <u>Compassionate Release?</u> Compassion and Sympathy are for lack of better term THE SAME THING.

The commentary in 18 USC 3582 are merely recomendations. A recent decision released a federal inmate Under this very statue. He was sentenced unfairly and the judge found the only relief he could provide was Under the <u>extraordinary and Compelling</u> part of 18 USC 3582. The Judge has the final say so as to what is and what is not extraordinary and Compelling.

Mr. Hart continues by saying I haven't shown presence of my mothers poor health. Your honor how would I have access to that in here? My brother is in jail and my sister lives 3 hours away in Kechi, Ks and is asst principal for USD 256 in Wichita which takes alot of her time.

I understand and respect Mr. Harts response. But I seem to recall there were LOTS OF EXTRA STUFF in the revocation report and and transcripts. After reading that I would agree that 24 months was appropriate due to the reduction the 1st time. Thats why I included the warrant Recall/dismissal was to show you alot of those charges were added just to revoke my Supervised Release and if it was anything other than that they would not have dismissed them 3-4 months after this court imposed my sentence. And for the record ROD Brimms nephew was the one found to not only possess all the stuff but also plead guilty to Numerous Felonies in Multiple States and Counties.

Your honor im crushed, Ashamed and heartbroken. I have never lost someone this close to me. I know my mother needs me to help. I talk to her daily. I provided her phone number so the court and Mr. Hart could call her but to my knowledge no one has. Losing my dad and not being able to even attend the funeral or see anyone

such as my mother and my aunt has taught me. I don't want to do this again when my mother passes so I need to stay out of trouble.

Your honor I know Mr. Harts job is to go against me. I know you have the final say so and on 1-29-19 when my mother told me my dad passed away unexpectedly that it was 100% extraordinary and compelling. And asking you to reduce my sentence by 90 days so I can take care of my mother is extraordinary and compelling and I feel like ANYONE in my situation at the very end of their sentence would feel the same. Anyone period would want to take care of their mother even if not incarcerated.

The B.O.P. has me leaving for the half way house soon and when they give me the 7 days good time due to the First STEP ACT. I should be immediately released so I am asking you to please grant the RIS/Compassionate Release. Under ANY circumstance taking care of your mother would not only be noble but also extraordinary and compelling.

Thank you
Ryan Loumas

I sent Copies by mail to AUSA Jason Hart, Honorable Judge Melgren, USDC Clerk by mail on 4-25-19

Ryan Loumaster

Clerk                                                                4-25-19

Can you please send me a stamped and dated copie please? thank you.

*Ryan Loumas*

⇔24595-031⇔
Ryan Lowmaster
1000 PMB
24595-031
Talladega, AL 35160
United States



BIRMINGHAM AL 350

26 APR 2019 PM 4 L

Clerk
United States District Court
Room 204
401 N Market St
Wichita, KS 67202

RECEIVED
APR 29 2019
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202

67202-209699